# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLE HAWKINS,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>FEDERAL NATL. MORTG. ASSN. ("Fannie Mae"), SETERUS, INC., SAFEGUARD PROPERTIES, INC., and JOHN DOE,<br><br>　　　　Defendants. | 2:13-cv-6068-WY |

## ORDER

YOHN, J.                                                                                                    January 23, 2014

**AND NOW**, this 23 day of January, 2014, it is **HEREBY ORDERED** that, upon consideration of Fannie Mae and Seterus, Inc.'s motion to dismiss plaintiff's amended complaint for failure to state a claim (Doc. 11) and plaintiff's response thereto, defendants' motion is **GRANTED IN PART** as follows:

1. Count I, Count V, and Count VI are dismissed as to Fannie Mae and Seterus, Inc.

2. The motion is otherwise **DENIED**.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　s/ William H. Yohn Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　William H. Yohn Jr., Judge.

1