# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLE HAWKINS,<br><br>　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>FEDERAL NATL. MORTG. ASSN. ("Fannie Mae"), SETERUS, INC., SAFEGUARD PROPERTIES, INC., and JOHN DOE,<br><br>　　　　　　　Defendants. | 2:13-cv-6068-WY |

## ORDER

YOHN, J.                                                                                                         January 26, 2015

**AND NOW**, this 26th day of January, 2015, it is **HEREBY ORDERED** that, upon consideration of Safeguard Properties, Inc.'s motion for summary judgment (Doc. 27), and Fannie Mae and Seterus, Inc.'s motion for summary judgment (Doc. 29), defendants' motions are **GRANTED**, and:

1. Judgment is entered in favor of Safeguard Properties, Inc. and against the plaintiff on Counts II, III, and IV of the complaint;

2. Judgment is entered in favor of Fannie Mae and Seterus, Inc. and against the plaintiff on Counts II, III, and IV of the complaint; and

3. The clerk shall mark this case closed for statistical purposes.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　s/William H. Yohn Jr.　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　　　William H. Yohn Jr., Judge